

United States Department of Justice

*United States Attorney*
*Northern District of New York*

*445 Broadway, Room 218*  *Tel.: (518) 431-0247*
*James T. Foley U.S. Courthouse*  *Fax: (518) 431-0249*
*Albany, New York 12207-2924*

June 3, 2024

**BY ECF**

Hon. Christian F. Hummel
U.S. Magistrate Judge
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

    RE:    <u>United States v. Kris Roglieri</u>, No. 1:24-CR-261 (CFH)

Dear Judge Hummel:

    Pursuant to Local Criminal Rule 49.2(b), we respectfully submit this letter in support of the government's motion for limited sealing of its letter-motion seeking pretrial detention, which was submitted to Your Honor's chambers, defense counsel, and the U.S. Probation Office yesterday morning by email. The portions of the letter that are subject to the government's limited sealing request reveal the identity of a witness who provided sensitive information to law enforcement and should be therefore be sealed. *See, e.g.*, *United States v. Amodeo*, 71 F.3d 1044, 1050-52 (2d Cir. 1995); *In re Newsday, Inc.*, 895 F.2d 74, 79-80 (2d Cir. 1990). A proposed redacted version of the letter and its exhibits is enclosed with this letter.

    Respectfully submitted,

    CARLA B. FREEDMAN
    United States Attorney

By: _____
    Joshua R. Rosenthal
    Michael Barnett
    Assistant United States Attorneys
    Bar Roll Nos. 700730 & & 519140

Encl.

cc:    AFPD Matthew E. Trainor / AFPD Jeremy B. Sporn (by ECF)