AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT
### for the
Northern District of New York

ORIGINAL

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   1:24-MJ-261 (CFH) |
| **KRIS ROGLIERI** | ) | |
| | ) | |
| | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   KRIS ROGLIERI                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

  18 U.S.C. Section 1343 - wire fraud

Date:      05/28/2024                                                         _Christian Hummel_
                                                                                       _Issuing officer's signature_

City and state:      Albany, New York                          Hon. Christian F. Hummel, U.S. Magistrate Judge
                                                                                       _Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ 5/28/24 , and the person was arrested on _(date)_ 5/31/24 at _(city and state)_ QUEENSBURY, NY . |
| Date: 6/5/24                                _Arresting officer's signature_ |
| CHARLES BATT   SPECIAL AGENT |
| _Printed name and title_ |

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:    Kris Roglieri

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                          Weight:

Sex:                                              Race:

Hair:                                             Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: