

United States Department of Justice

*United States Attorney*
*Northern District of New York*

| | |
|---|---|
| *445 Broadway, Room 218* | *Tel.: (518) 431-0247* |
| *James T. Foley U.S. Courthouse* | *Fax: (518) 431-0249* |
| *Albany, New York 12207-2924* | |

July 15, 2024

**By ECF**

Hon. Christian F. Hummel
U.S. Magistrate Judge
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

      RE:    **United States v. Kris Roglieri**, No. 1:24-MJ-261 (CFH)

Dear Judge Hummel:

      We write to respectfully request that the government's deadline for opposing the defendant's motion to reopen his detention hearing (Dkt. # 17) be set for seven days after the government's receipt of the transcripts of the defendant's initial appearance and detention hearing. The defense did not have these transcripts prepared in connection with its submission, so the government has requested them on an expedited basis at Dkt. # 18.

      We thank the Court for its attention to this matter.

                                        Respectfully submitted,

                                        CARLA B. FREEDMAN
                                        United States Attorney

                      By:    _____
                                        Joshua R. Rosenthal
                                        Michael Barnett
                                        Assistant United States Attorneys
                                        Bar Roll Nos. 700730 & 519140

cc:    AFPD Matthew E. Trainor (by ECF)