# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK

Syracuse Office

4 Clinton Square
3RD FLOOR
SYRACUSE, NY 13202
(315) 701-0080
(315) 701-0081 FAX

Lisa Peebles
Federal Public Defender



Albany Office

54 State Street
Suite 310
ALBANY, NY 12207
(518) 436-1850
FAX (518) 436-1780

Paul Evangelista
First Assistant

**BY ECF**

July 19, 2024

Honorable Christian F. Hummel
United States Magistrate Judge
U.S. Federal Courthouse
445 Broadway
Albany, New York 12207

        Re:    United States v. Kris Roglieri
                 Case No. 24-cr-00161-CFH

Dear Judge Hummel:

      I write to respectfully oppose the Government's request for 7 additional days within which to respond to Mr. Roglieri's letter application for a new detention hearing. ECF Document Nos. 17-19. On July 15, the Government filed a letter indicating it was requesting the transcript from the original detention hearing in June, and that it be permitted to respond in writing up to 7 days from the receipt of the transcript. It appears the transcript was submitted on July 18, which would make the Government's response due by July 25, if the Court grants the Government request.

      That request is unwarranted. First, both lawyers for the United States were at the original hearing. Second, it was not terribly long ago, such that the issues raised are now only in the deep recesses of our memory or lost to the mists of time. Third, the issues were not exceedingly complex or voluminous; the Government argued successfully that Mr. Roglieri's alleged threats and statements warranted detention on risk of dangerousness, while Roglieri argued that they did not or, in some circumstances, were not actually made by him. Fourth, we do not believe that anything said by either party or the Court will be determinative on how the Court rules when presented with new and additional information that accompanied the new request. Fifth, it is not a situation where a different Judge or a higher court will need to review the arguments raised or the grounds on which the Court relied in remanding Mr. Roglieri.

If the Government wishes to rely on or reference the transcript, we do not have an issue with that, it being the Government's prerogative. There may be cases where, in such circumstances, a transcript is invaluable or even necessary. However, in the specific context of this case and the relevant issues, the Government has proffered nothing to warrant or justify further delay. If the Government wishes to file a written response opposing Mr. Roglieri's release, again, that is its prerogative and we do not take issue with it. But we do not believe there is cause for further delay, absent significant justification. Otherwise, we ask for the Court to schedule a hearing forthwith, at the earliest convenience of the Court and the parties.

I thank the Court for its consideration.

Respectfully submitted,

Jeremy B. Sporn

Cc: AUSA Joshua Rosenthal
AUSA Michael Barnett