

United States Department of Justice

*United States Attorney*
*Northern District of New York*

---

*445 Broadway, Room 218*  *Tel.: (518) 431-0247*
*James T. Foley U.S. Courthouse*  *Fax: (518) 431-0249*
*Albany, New York 12207-2924*

July 19, 2024

**By ECF**

Hon. Christian F. Hummel
U.S. Magistrate Judge
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

    RE:    <u>United States v. Kris Roglieri</u>, No. 1:24-MJ-261 (CFH)

Dear Judge Hummel:

    We write in response to the defendant's letter at Dkt. # 22, which asks the Court to deny the deadline requested by the government (Dkt. # 19) for filing an opposition to the defendant's motion to reopen his detention hearing (Dkt. # 17). While the government intends to file its opposition as soon as possible, the Court should allow the government sufficient time to prepare a response and obtain the two relevant transcripts. As will be shown in the government's forthcoming opposition, the defense's positions and the Court's rulings at the initial appearance and the detention hearing are relevant to the issues raised in the defendant's motion and his failure to grapple with, much less meet, the standard for reopening a detention hearing under 18 U.S.C. § 3142(f)(2), which requires the movant to demonstrate that its new information was (1) unavailable at the time of the original detention hearing; and (2) would have been material to the Court's original detention decision. As such, and for other reasons, there is no need for another hearing because the defendant's motion can and should be denied on the papers. Finally, we note that the defense has not moved with the haste that they now demand from another party—their motion was submitted on July 13, 2024 but attaches a handful of letters and affidavits dated between June 6 and 25, 2024, suggesting they needed at least two weeks to prepare their application.

    As a status update, while the government did receive the detention hearing transcript yesterday, we understand that the initial appearance transcript will not be available until this coming Monday due to technical issues in retrieving the audio recording. As noted above, we will make every effort to submit the government's opposition before the requested seven-day deadline, but there is no reason for the Court to grant the defense's request, especially when a hearing is not merited.

    We thank the Court for its attention to this matter.

          Respectfully submitted,

          CARLA B. FREEDMAN
          United States Attorney

By:    /s/

          Joshua R. Rosenthal
          Michael Barnett
          Assistant United States Attorneys
          Bar Roll Nos. 700730 & 519140

cc:    AFPD Matthew E. Trainor / Jeremy B. Sporn (by ECF)