

July 22, 2024

**Via ECF**
Hon. Christian F. Hummel
U.S. Magistrate Judge
James T. Foley Courthouse
445 Broadway
Albany, New York 12207

    Re:    United States v Kris Roglieri (1:24-mj-00261)

Dear Judge Hummel:

    By application dated July 13, 2024 FPD Matthew Trainor has requested a further hearing regarding the detention of Kris Roglieri which was ordered by the Court on June 3 2024. The purpose of this letter is to ask the Court to allow my limited appearance at the hearing, should the Court grant one. I represented Mr. Roglieri from February 6, 2024, until his arrest on May 31, 2024. I ended my representation on that date because my application to the U.S. Bankruptcy Court to be retained as criminal counsel was withdrawn by Bankruptcy counsel for Roglieri at the time his case was converted to a Chapter 7 upon application of the U.S. Trustee. On June 21, 2024, my office returned Mr. Roglieri's initial retainer of $100,000 to the U.S. Trustee. I have made the U.S. Attorney and the Federal Public Defender aware that I am attempting to make arrangements with the Roglieri family which will allow me to re-enter the case. To date I have been unsuccessful.

    Although I defer to the Federal Public Defender as counsel for Mr. Rolgieri I believe that I might, if called upon, address certain matters that occurred during the period February 6, 2024 to May 31, 2024 which bear upon the issue of whether Mr. Roglieri poses a danger to the community.

    Respectfully Submitted,

    DREYER BOYAJIAN LLP

    William J. Dreyer
    wdreyer@dblawny.com

WJD/jlf
cc: all Counsel *via* ECF