

United States Department of Justice

*United States Attorney*
*Northern District of New York*

*445 Broadway, Room 218*  *Tel.: (518) 431-0247*
*James T. Foley U.S. Courthouse*  *Fax: (518) 431-0249*
*Albany, New York 12207-2924*

July 23, 2024

**By ECF**

Hon. Christian F. Hummel
U.S. Magistrate Judge
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

      RE:    **United States v. Kris Roglieri**, No. 1:24-MJ-261 (CFH)

Dear Judge Hummel:

      Pursuant to Local Criminal Rule 49.2(b), we respectfully submit this letter in support of the government's motion for limited sealing of its letter in opposition to the defendant's motion to reopen his detention hearing (Dkt. # 17). The portions of the letter that are subject to the government's limited sealing request address the same subject matter that the Court previously sealed in response to the defendant's June 12, 2024 sealing request. *See* Dkt. # 16. A proposed redacted version of the government's letter in opposition is enclosed with this letter.

      We thank the Court for its attention to this matter.

                                                Respectfully submitted,

                                                CARLA B. FREEDMAN
                                                United States Attorney

          By:     _____
                         Joshua R. Rosenthal
                         Michael Barnett
                         Assistant United States Attorneys
                         Bar Roll Nos. 700730 & 519140

Encl.

cc:      AFPD Matthew E. Trainor / AFPD Jeremy B. Sporn (by ECF)