**FILED UNDER SEAL PURSUANT TO Fed. R. Crim. P. 49.1(d)**

# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK



| Syracuse Office | | Albany Office |
|---|---|---|
| 4 Clinton Square | | 54 State Street |
| 3RD FLOOR | | STE 310 |
| SYRACUSE, NY 13202 | | ALBANY, NY 12207 |
| (315) 701-0080 | | (518) 436-1850 |
| (315) 701-0081 FAX | | FAX (518) 436-1780 |
| | | |
| Lisa Peebles | | Paul Evangelista |
| Federal Public Defender | | First Assistant |

**FILED UNDER SEAL PURSUANT TO Fed. R. Crim. P. 49.1(d)**

July 29, 2024

Hon. Christian F. Hummel, U.S. Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY 12207

    re:    **United States v. Kris Roglieri**
                 **Case No. 24-mj-261 (CFH)**

Dear Judge Hummel:

      Pursuant to Local Criminal Rule 49.2(b), we respectfully submit this letter in support of Mr. Roglieri's motion for limited sealing of its letter in reply to the government's opposition to Mr. Roglieri's motion to reopen his detention hearing (Dkt. # 26). The portions of the letter that are subject to our limited sealing request address the same subject matter that the Court previously sealed in response our prior sealing request. See Dkt. # 16.  A proposed redacted version of our reply is attached hereto.

**FILED UNDER SEAL PURSUANT TO Fed. R. Crim. P. 49.1(d)**

**FILED UNDER SEAL PURSUANT TO Fed. R. Crim. P. 49.1(d)**

Thank you for your consideration on this matter.

Sincerely,

*Matthew E. Trainor*

Matthew E. Trainor
Assistant Federal Public Defender, Albany Office
Bar Roll # 105643
matthew_trainor@fd.org

cc:   AUSA Joshua Rosenthal – via ECF
      AUSA Michael Barnett – via ECF
      USPO Amy Brancatelli – via email

**FILED UNDER SEAL PURSUANT TO Fed. R. Crim. P. 49.1(d)**