**United States Bankruptcy Court**
**Northern District of New York**
**All Divisions**

**This Form Is To Be Used For Motion[1] Calendar Only.**

Case Name: Prime Capital Ventures, LLC

Case No.: 23-11302

Division: Albany

Adversary Proceeding No. (if applicable):

☒ Adjournment Request[2] for Hearing on Motion at Docket No.:    126

    Reason for Adjournment Request: Consent of Parties

    Original Return Date of Motion: February 5, 2024

    Number of prior adjournment request that have been made    0

☐ Notification of Withdrawal of   ☐ Motion;   ☐ Opposition/Response;   ☐ Other: _____
    at Docket No.: _____

☐ Notification of Settlement of Motion at Docket No.: _____

Date of Hearing: June 26, 2024

Requested Adjourned Hearing Date: July 10, 2024 at 10:30 a.m.

Requesting Attorney's Name, Office Address, Phone and Email Address:
    Stephen A. Donato, Esq.
    Bond, Schoenekc & King, PLLC
    One Lincoln Center
    Syracuse, NY 13202    sdonato@bsk.com    (315) 218-8000

Consent of All Parties Obtained?   ☒ Yes   ☐ No - *Absent compelling reasons,*
*adjournments will not be granted without the consent of all parties.*

Cc: Pieter Van Tol; Christian H. Dribusch; Will Esser; Justin Heller; Lisa Penpraze
**This Form Must Be E-Filed <u>Not Later Than 2 p.m. on the Day Prior</u>**
**<u>to the Hearing</u>. When E-Filing, This Form Must Be Linked to the**
**<u>Motion</u> to Which the Request/Notification Pertains.**

---

[1] The form to be used for confirmation calendar related matters is available on the Court's website.
[2] If your request is denied, you will be notified by Chambers.

CH:LR9013A(10/12/2023)